IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BUFFALO HOGAN, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> vs. <br><br> TERESA GREEN d/b/a Redpath d/b/a Cherokee Visions, <br><br> Defendant, <br><br> and <br><br> SOUTHWESTERN TREASURES, INC., <br><br> Defendant and Counter-Claimant. | No. 1:16-cv-00420-PJK-KBM |

ORDER DENYING PARTIAL SUMMARY JUDGMENT

THIS MATTER comes on for consideration of Defendant Southwestern Treasures, Inc.'s Motion for Partial Summary Judgment filed June 8, 2017. Doc. 55. Southwestern Treasures seeks summary judgment on Count I (copyright infringement) of the Second Amended Complaint. Doc. 35 at 9. The court has considered the parties' submissions in accordance with Fed. R. Civ. P. 56(a) and the standards set forth in Celotex v. Catrett, 477 U.S. 317 (1986), and Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986). Because genuine issues of material fact exist at this time, a trial will be required.

Southwestern Treasures has indicated that it anticipates moving to reopen discovery so as to depose Mark Gates and obtain any relevant documents he might have. Such a motion should be filed within the next fourteen days.

NOW, THEREFORE, IT IS ORDERED that Defendant Southwestern Treasures, Inc.'s Motion for Partial Summary Judgment filed June 8, 2017 (Doc. 55) is denied.

DATED this <u>26th</u> day of July 2017, at Santa Fe, New Mexico.

*Paul Kelly Jr.*
United States Circuit Judge
Sitting by Designation