# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| BUFFALO HOGAN, INC. | ) |
|               Plaintiff, | ) |
| v. | )   Cause No.: 1:16-cv-00420-PJK-KBM |
| TERESA GREENE, et al. | ) |
|               Defendants. | ) |

## ORDER FOR SERVICE OF PROCESS BY PUBLICATION IN A NEWSPAPER

Plaintiff Buffalo Hogan, Inc., has filed a motion requesting that the Court approve service of process upon Defendant David Singer by publication in accordance with Rule 1-04 (J) and (K), NMRA. Doc. 67 (filed July 27, 2017).

The Court finds that the Plaintiff has made diligent efforts to make personal service, but has not been able to complete service of process, and that Defendant appears to be consciously avoiding service of process. Accordingly, Plaintiff's Motion for Service by Publication on Defendant David Singer (Doc. 67) is granted. Plaintiff is authorized to serve process on Defendant David Singer, who resides at 1358 W. Linda Lane, Chandler, AZ 85224, by publication, in accordance with Rule 1-04(J) and (K), NMRA.

IT IS SO ORDERED.

*Paul Kelly Jr.*
United States Circuit Judge
Sitting by Designation